```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 01814
    BARBARA A ZITO
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-3364

-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 02/02/2007 and was confirmed 07/16/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors     .00%.

     The case was dismissed after confirmation 02/04/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID            PAID
-------------------------------------------------------------------------------
BANK OF AMERICA            SECURED NOT I         .00             .00             .00
BANK OF AMERICA            NOTICE ONLY     NOT FILED             .00             .00
CITIMORTGAGE               CURRENT MORTG         .00             .00             .00
FIRST MIDWEST BANK         SECURED VEHIC         .00             .00             .00
FIRST MIDWEST BANK         SECURED         14812.39          253.66         7592.09
FIRST MIDWEST BANK         UNSECURED       NOT FILED             .00             .00
HOMEQ SERVICING CORP       CURRENT MORTG         .00             .00             .00
ECAST SETTLEMENT CORP      UNSECURED        19055.49             .00             .00
AMERICAN EXPRESS CENTURI   UNSECURED        32636.12             .00             .00
AMEX                       NOTICE ONLY     NOT FILED             .00             .00
BANK OF AMERICA            UNSECURED       NOT FILED             .00             .00
CAPITAL ONE                UNSECURED         5687.38             .00             .00
CHASE BANK USA NA          UNSECURED          511.01             .00             .00
CITI BUSINESS              UNSECURED       NOT FILED             .00             .00
DISCOVER FINANCIAL SERVI   UNSECURED        11668.42             .00             .00
FIRST BANKCARD             UNSECURED         8956.70             .00             .00
LASALLE BANK               UNSECURED        23199.97             .00             .00
MIDWAY TRUCK PARTS         UNSECURED       NOT FILED             .00             .00
MONTESANO CAPITAL          UNSECURED         3340.00             .00             .00
POMPS TIRE SERVICE         UNSECURED       NOT FILED             .00             .00
SPEEDWAY/SUPERAMERICA      UNSECURED        21874.79             .00             .00
CAPITAL ONE                UNSECURED        13356.70             .00             .00
CITIMORTGAGE               SECURED NOT I    1176.79             .00             .00
CHASE BANK USA NA          SECURED NOT I    1210.75             .00             .00
MELVIN J KAPLAN            DEBTOR ATTY          .00                              .00
TOM VAUGHN                 TRUSTEE                                           536.25
DEBTOR REFUND              REFUND                                                .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                     RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 01814 BARBARA A ZITO
```

```
TRUSTEE                                      8,382.00

PRIORITY                                                           .00
SECURED                                                       7,592.09
   INTEREST                                                     253.66
UNSECURED                                                          .00
ADMINISTRATIVE                                                     .00
TRUSTEE COMPENSATION                                            536.25
DEBTOR REFUND                                                      .00
                                     ----------------    ----------------
TOTALS                                       8,382.00          8,382.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 05/23/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE

                              PAGE   2
        CASE NO. 07 B 01814 BARBARA A ZITO